A. Goldstein, trading as Douglass Construction Company for use of Columbia Casualty Company, appellant, v. Thomas Elevator Operating Company and Thomas Elevator Company, Inc., appellees. Gen. No. 34,410.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter, Claud D. Raber and John R. Whitman, of counsel. Wetten, Pegler & Dale, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

New Mechanics Supply & Laundry Company, appellee, v. Wearproof Manufacturing Company, appellant. Gen. No. 34,428.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

William Schulze, for appellant. Bernstein, Zolla & Bernstein, for appellee; Harold M. Goldstein, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

H. M. Hall Coal Company, appellee, v. Dickinson Fuel Company, appellant. Gen. No. 34,446.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Musgrave, Oppenheim, Price & Ewins, for appellant. John J. Sherlock, for appellee; C. B. Chapman, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Ruby Dogert, appellee, v. Lubliner & Trinz Theatres, Inc., appellant. Gen. No. 34,455.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed November 3, 1930.

Hall, Spitz & Rooks, for appellant; Irvin Rooks and Edward Blackman, of counsel. James C. O'Brien, for appellee; L. Morell Gross and John E. Toomey, of counsel.

Mr. Justice McSurely delivered the opinion of the court.